**Frederick John WOLFE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 11713.

United States Court of Appeals
Ninth Circuit.

Oct. 12, 1948.

William Galbally, Jr., of Los Angeles, Cal. (James O. Wynn and George G. Blattmachr, both of New York City, of counsel), for petitioner.

Theron Lamar Caudle, Asst. Atty. Gen., and Sewall Key, George A. Stinson, Morton K. Rothschild, and Hilbert P. Zarky, Sp. Assts. to Atty. Gen., for respondent.

Before MATHEWS, STEPHENS, and BONE, Circuit Judges.

PER CURIAM.

The decision of the Tax Court (8 T.C. 689) is affirmed.

---

**Samuel F. ADAMS, Appellant, v. William H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 12477.

United States Court of Appeals
Fifth Circuit.

Oct. 26, 1948.

No appearance entered for appellant.

J. Ellis Mundy, U.S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and SIBLEY and LEE, Circuit Judges.

PER CURIAM.

His petition for habeas corpus having, after hearing, been denied, appellant is here seeking a reversal of the judgment. A careful examination of the record shows that appellant was afforded a full and fair hearing in the court below, that no new or unsettled question requiring discussion is presented for our review, and that no error requiring reversal attended the proceedings below. The judgment is accordingly affirmed.

---

**Laurie J. CARPENTER, Appellant, v. ERIE RAILROAD COMPANY, Appellee.**

No. 30, Docket 21035.

United States Court of Appeals
Second Circuit.

Oct. 21, 1948.

Laurie J. Carpenter, pro se.

Edward J. McGratty, Jr., and Davis, Polk, Wardell, Sunderland & Kiendl, all of New York City, for appellee.

Before L. HAND, Chief Judge, and SWAN and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Michalek v. United States Gypsum Company, 2 Cir., 76 F.2d 115, and Moore v. Atchison, Topeka and Santa Fe Railroad, 187 Okl. 534, 104 P. 2d 236.